■ JOSEPH CERULLO, Respondent, v. JOHN CERULLO et al., Appellants.— Motion for a stay denied without prejudice to making a motion in the court where partition action is pending. (See *Cutler* v. *Metcalfe*, 268 App. Div. 823; *VanBeuren* v. *VanBeuren*, 249 App. Div. 650.)

■ In the Matter of OSCAR SMUKLER, an Attorney.— Resignation accepted and name stricken from roll of attorneys. Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.

■ In the Matter of ROBERT M. MURPHY.— Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law.

■ THOMAS J. MEAGHER, Esq. of Rochester, N. Y. Appointed Chairman of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Seventh Judicial District; Joseph J. Nasser, Esq. of Corning, N. Y., Sydney R. Rubin, Esq. and Ellsworth A. VanGraafeiland, Esq. of Rochester, N. Y. appointed members thereof.

# (September 27, 1972)

■ P. D. C. BUILDING CORP., Respondent, v. ALBERT DEKDEBRUN et al., Constituting the Board of the Town of Amherst, Appellants.—Judgment unanimously affirmed, with costs. Memorandum: The reclassification of petitioner's property from B-3 to R-5 was discriminatory and not in accordance with a comprehensive plan as required by section 263 of the Town Law. (See *Udell* v. *Haas*, 21 N Y 2d 463.) (Appeal from judgment of Erie Special Term in article 78 proceeding to annul zoning determination.) Present — Goldman, P. J., Del Vecchio, Moule and Cardamone, JJ.